UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

THUAN HAN TANG,

      Petitioner,

    v.                                                                                CAUSE NO. 3:26cv203 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on May 5, 2026. ECF 15. The court entered the order granting habeas relief on May 4, 2026. ECF 13.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 13) and to close this case.

SO ORDERED.

May 11, 2026                                                    s/ Damon R. Leichty
                                        Judge, United States District Court